# EXHIBIT A

| **From:** | Miriam Granek <mgranek@gutnicki.com> |
| **Sent:** | Tuesday, February 24, 2026 9:51 PM |
| **To:** | Gary Varnavides |
| **Cc:** | Camille Raia |
| **Subject:** | Re: Platinum Management vs. Lawrence Feigen |

Thank you for this information. We can serve him directly.

Please provide a list of Mr. Varnavides' creditors.

> On Feb 24, 2026, at 8:45 PM, Gary Varnavides <gary@varnavideslaw.com> wrote:

> Ms. Granek:

> I am not authorized to accept service of any bankruptcy petition on Mr. Feigen's behalf at this time.

> Separately, I am reviewing the issue you raised regarding the number of Mr. Feigen's personal creditors. At this juncture, we understand that Mr. Feigen, personally, has **more than** twelve (12) creditors.

> Thank you.



Gary A. Varnavides, Esq.

**VARNAVIDES LAW, PC**

Direct: (310) 367-3654

Cell: (845) 206-6158

gary@varnavideslaw.com

1901 Avenue of the Stars | Ste. 238

Los Angeles, CA 90067

**www.varnavideslaw.com**



1



---

**From:** Miriam Granek <mgranek@gutnicki.com>
**Sent:** Tuesday, February 24, 2026 1:46 PM
**To:** Gary Varnavides <gary@varnavideslaw.com>
**Cc:** Camille Raia <camille.raia@yahoo.com>
**Subject:** Platinum Management vs. Lawrence Feigen

Counsel,

I represent Platinum Management Services LLC ("Platinum") along with Camille Raia (copied above).  Please let me know if you will accept service of an involuntary bankruptcy petition on behalf of your client Lawrence Edward Feigen.  I understand that you have accepted service in the past relating to the ongoing litigation between Platinum and Mr. Feigen.  Additionally, based on our research it is our understanding that Mr. Feigen (personally) has less than 12 creditors.  If that is incorrect, please let me know.

If you have any questions, please do not hesitate to call.  If I do not hear from you I will assume that you will not accept service and that Mr. Feigen has under 12 creditors.

Thank you,

Miriam Stein Granek ("Mimi")
Of Counsel and Chapter 7 Trustee
<image001.jpg>
4711 Golf Road, Suite 200
Skokie, IL 60076
(847) 745-6592
mgranek@gutnicki.com
www.gutnicki.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.