# EXHIBIT B

 **Outlook**

---

**Re: Feigen**

---

**From** Gary Varnavides <gary@varnavideslaw.com>

**Date** Thu 3/12/2026 6:11 PM

**To**  Camille Raia <camille.raia@yahoo.com>

**Bcc** Refentse Makgolane <REF@varnavideslaw.com>; Lawrence (Larry) Feigen <lfeigen1@yesinvestllc.com>

Camille:

As I have previously advised you <u>many</u> times in response to you and your client's serial threats to file an involuntary bankruptcy petition against Mr. Feigen (some of which you conveyed to me in writing), this filing is not well taken. Mr. Feigen intends to vigorously contest it. He will pursue all available factual and legal defenses (he has many), and exercise all rights and remedies available to him under the Bankruptcy Code.

As you have repeatedly expressed to me, this matter is "personal" to your client and he is very "angry" at Mr. Feigen. To that end, it is not surprising that the petition was filed mere hours after the Court in the Nassau County matter granted Mr. Feigen's adjournment request due to his obviously justifiable delay in leaving Israel caused by the war with Iran.

It is troubling that your client has resorted to improperly utilizing a bankruptcy court as a collection agency. Rest assured that Mr. Feigen intends to present the substantial evidence of your client's objective bad faith and frivolous filing at the appropriate time in the bankruptcy proceeding.



## Gary A. Varnavides, Esq.

**VARNAVIDES LAW, PC**

Direct: (310) 367-3654
Cell: (845) 206-6158
gary@varnavideslaw.com
1901 Avenue of the Stars | Ste. 238
Los Angeles, CA 90067
**www.varnavideslaw.com**



---

**From:** Camille Raia <camille.raia@yahoo.com>
**Sent:** Thursday, March 12, 2026 9:34 AM
**To:** Gary Varnavides <gary@varnavideslaw.com>
**Subject:** Feigen

Hi Gary,

Attached is a courtesy copy of the involuntary bankruptcy petition that was filed yesterday with the US Bankruptcy Court of the Eastern District of NY against your client, Lawrence Feigen.

Regards,
-Camille

*Camille Raia, Esq.*
**LAW OFFICES OF CAMILLE RAIA, PLLC**
400 Rella Blvd., Ste 165
Suffern, New York 10901
201.694.1792