# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re:                                                                      Chapter 7

Lawrence Edward Feigen,                                    Case No. 8-26-70977-LAS
                                        Debtor.

-------------------------------------------------------------------x

### DECLARATION OF JOSHUA M. SABLE
### ON BEHALF OF MODERN HR, INC. IN SUPPORT OF
### <u>MOTION TO DISMISS INVOLUNTARY BANKRUPTCY PETITION</u>

I, JOSHUA M. SABLE, duly affirm under penalty of perjury that the following is true and correct:

1. I am a principal and the general counsel of Modern HR, Inc. ("Modern HR"). I am authorized to submit this declaration on behalf of Modern HR. The facts set forth herein are based upon my personal knowledge and my review of Modern HR's records.

2. I submit this Declaration in support of the motion to dismiss ("Motion to Dismiss") the above-captioned involuntary Chapter 7 bankruptcy proceeding filed against Lawrence Edward Feigen ("Alleged Debtor" or "Mr. Feigen") by petitioning creditor Platinum Management Services, LLC ("Petitioning Creditor"). Modern HR supports the dismissal of this bankruptcy proceeding.

3. On November 14, 2024, the Superior Court of California, County of Los Angeles (Burbank), entered a judgment in favor of Modern HR and against Mr. Feigen and Jeffrey Ahlholm, jointly and severally, in the principal amount of $407,394.52 in Case No. 23BBCV00852 ("Modern HR Judgment").

4. In December 2025, Mr. Feigen entered into a settlement agreement with Modern HR to satisfy the Modern HR Judgment for the total amount of $530,000.00 in installments. As of

the date of this Declaration, Mr. Feigen has paid $475,000.00 to Modern HR toward satisfaction of the Modern HR Judgment, and he continues to make installment payments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 13, 2026.
Los Angeles, California

JOSHUA M. SABLE
Title: General Counsel
On Behalf of: Modern HR, Inc.