**REVISED DEBT SCHEDULE**

| No. | Creditor | Address | Amount | Type of Debt | Source of Debt | Documentary Evidence |
|---|---|---|---|---|---|---|
| 1 | Platinum Management Services, LLC | 1 University Plaza, Suite 408 Hackensack, NJ 07601 c/o Gutnicki LLP 4711 Gold Road, Suite 200, Skokie, IL 60076 | $1,000,000 | Judgment entered in the Massachusetts Superior Court, Essex County | Personal Guaranty on behalf of SA Hospital | Exhibit A of Reply, Judgment |
| 2 | Modern HR, Inc. | 7590 N Glenoaks Blvd. Burbank, CA 91504 c/o Miller Barondess, LLP 2121 Avenue of the Stars, Suite 2600 Los Angeles, CA 90067 | $407,394.52 | Superior Court of Los Angeles County, North Central District, Case No. 23 BBCV00852 | Personal Guaranty on behalf of SA Hospital | Exhibit B of Reply, Judgment |
| 3 | Commercial Loan Servicing, LLC | 610 N. Santa Anita Ave Arcadia, CA 91006 c/o Pestotnik LLP 501 W Broadway, Suite 1025 San Diego, CA 92101 | $8,141.750 | Judgment entered in the Superior Court of California, County of Los Angeles, Case No. 22STCV37412 | Personal Guaranty on behalf of SA Hospital | Exhibit C of Reply, Judgment |

| 4 | Innovative Water Consulting, LLC d/b/a IWC Innovations | 5365 W Minnesota St. Indianapolis, IN 46241 | $160,000 | Pursuant to a Settlement Agreement entered on December 23, 2024 | Personal Guaranty on behalf of SA Hospital | Exhibit D of Reply, IWC Settlement Agreement |
| 5 | Aztec Leasing, Inc. | 30 Executive Park Suite 100 Irvine, CA. 92614 c/o Hatkoff & Minassian, A Law Corporation 18757 Burbank Blvd, Suite 100 Tarzana, CA 91356 | $410,569.67 | Judgment entered in the Superior Court of California, County of Los Angeles | Personal Guaranty on behalf of SA Hospital | Exhibit E of Reply, Judgment |
| 6 | Twain Financial Partners | 2200 Washington Ave. Saint Louis, MO 63103 | $1,500,000 | Debt 99-year lease for SA Hospital | Personal Guaranty on behalf of SA Hospital | Exhibit F of Reply, Personal Guarantee |
| 7 | Matthew Haddad | 650 California Street Suite 7-130 San Francisco, CA. 94108 | $200,000 | Promissory Note | Personal Guaranty on behalf of SA Hospital | Settlement Agreement[1] |
| 8 | J. Supple Law | J. Supple Law 899 Northgate Drive, Suite 500 San Rafael, CA 94903 | $124,893 | outstanding legal fees | Personal obligation | Exhibit G of Reply, Summary of Outstanding Balance |

---

[1] The Settlement Agreement with Mr. Haddad contains a confidentiality clause and therefore cannot be annexed to this Debt Schedule as an exhibit. The Alleged Debtor, however, will bring a copy of the settlement agreement to Court for *in camera* review.

| 9 | Verrill Dana LLP | Verrill Dana LLP One Federal Street, 20th Floor Boston, MA 02110 | $12,221 | outstanding legal fees | Personal obligation | Exhibit H of Reply, Summary of Outstanding Balance |
|---|---|---|---|---|---|---|
| 10 | State of Arizona Department of Taxation | PO Box 29070 Phoenix, AZ 85038 | $19,521 | tax obligations | Personal obligation | Exhibit I of Reply, Tax Statement dated April 4, 2026 |
| 11 | JP Morgan Chase Bank N.A. | 270 Park Ave New York, NY 10017 | $7,487 | credit card charges | Personal obligation | Exhibit J of Reply, May, 2026 Statement |
| 12 | JP Morgan Chase Bank N.A. | 270 Park Ave New York, NY 10017 | $8,366 | credit card charges | Personal obligation | Exhibit K of Reply, May, 2026 Statement |
| 13 | Bank of America | 100 North Tryon St. Charlotte, NC 28255 | $7,773 | credit card charges | Personal obligation | Exhibit L of Reply, April, 2026 Statement |
| 14 | Northwell Health North Shore University Hospital | 300 Community Drive Manhasset, NY 11030 | $4,966.04 | Medical bill | Personal Obligation | Exhibit M of Reply, May 8, 2026 Summary of Patient Accounts |