UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                      Involuntary Chapter 7

Lawrence Edward Feigen,                                     Case No. 8-26-70977

                          Alleged Debtor.
----------------------------------------------------------x

## JOINDER OF AZTEC LEASING, INC. TO INVOLUNTARY PETITION

1.       Aztec Leasing, Inc. ("Aztec") hereby joins as an additional petitioning creditor in the Involuntary Petition filed against Lawrence Edward Feigen (the "Debtor") and pending as Case No. 26-70977.

2.       Aztec is eligible to file this joinder pursuant to 11 U.S.C. §§303(b) and (c), being the holder of a judgment against the Debtor in the Superior Court of California, County of Los Angeles in the amount of $410,569.67 (the "Aztec Judgment"). A copy of the Aztec Judgment is attached hereto and incorporated herein as Exhibit 1.

3.       The referenced Debtor is a person against whom an involuntary petition can be filed under title 11 of the United States Bankruptcy Code.

4.       The Debtor is not paying his debts as they become due.

5.       Venue is appropriate in that the Debtor is domiciled in this district.

1

4901-6710-2385, v. 1

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of its knowledge, information and belief.

Aztec Leasing, Inc.

By: _____

Name: Rodney W. Jones, Jr

Its: CFO

Sworn to me this ___ day of
June 2026.


_____

Notary Public

2