UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                    Involuntary Chapter 7

Lawrence Edward Feigen,                                    Case No. 8-26-70977

                    Alleged Debtor.

------------------------------------------------------------x

## JOINDER OF COMMERCIAL LOAN SERVICING, LLC
## TO INVOLUNTARY PETITION

1.      Commercial Loan Servicing, LLC ("CLS") hereby joins as an additional petitioning creditor in the Involuntary Petition filed against Lawrence Edward Feigen (the "Debtor") and pending as Case No. 26-70977.

2.      CLS is eligible to file this joinder pursuant to 11 U.S.C. §§303(b) and (c), being the holder of a judgment against the Debtor, SA Hospital, and Jeffrey Ahlholm, jointly and severally, in the Superior Court of California, County of Los Angeles in the amount of $8,141,750.00 (the "CLS Judgment"). A copy of the CLS Judgment is attached hereto and incorporated herein as Exhibit 1.

3.      The referenced Debtor is a person against whom an involuntary petition can be filed under title 11 of the United States Bankruptcy Code.

4.      The Debtor is not paying his debts as they become due.

5.      Venue is appropriate in that the Debtor is domiciled in this district.

6.      The affiant represents CLS, is an attorney in good standing in the State of California and is authorized by CLS to sign this Joinder on its behalf.

1

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of its knowledge, information and belief.

Commercial Loan Servicing, LLC

By: _____
One its Attorneys

Kevin A. Hoang
Law Office of Kevin A. Hoang, APC
254 N. Lake Avenue #111
Pasadena, CA 91101
Tel: (661) 733-5621
kevin@khoanglaw.com

Sworn to me this __ day of
June 2026.

**See attached
Notarial Certificate**

_____
Notary Public

2

4934-3047-9537, v. 1

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____LOS ANGELES_____ )

On __JUNE 2, 2026__ before me, __PATRICE RILEY, NOTARY PUBLIC__
(insert name and title of the officer)

personally appeared __KEVIN A. HOANG__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

PATRICE RILEY
Notary Public · California
Los Angeles County
Commission # 2412727
My Comm. Expires Aug 12, 2026

Signature __Patrice Riley__    (Seal)