UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                    Involuntary Chapter 7

Lawrence Edward Feigen,                                    Case No. 8-26-70977

                          Alleged Debtor.
----------------------------------------------------------x

## JOINDER OF AZTEC LEASING, INC. TO INVOLUNTARY PETITION

1.       Aztec Leasing, Inc. ("Aztec") hereby joins as an additional petitioning creditor in the Involuntary Petition filed against Lawrence Edward Feigen (the "Debtor") and pending as Case No. 26-70977.

2.       Aztec is eligible to file this joinder pursuant to 11 U.S.C. §§303(b) and (c), being the holder of a judgment against the Debtor in the Superior Court of California, County of Los Angeles in the amount of $410,569.67 (the "Aztec Judgment"). A copy of the Aztec Judgment is attached hereto and incorporated herein as Exhibit 1.

3.       The referenced Debtor is a person against whom an involuntary petition can be filed under title 11 of the United States Bankruptcy Code.

4.       The Debtor is not paying his debts as they become due.

5.       Venue is appropriate in that the Debtor is domiciled in this district.

1

4901-6710-2385, v. 1

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of its knowledge, information and belief.

Aztec Leasing, Inc.

By: _____
Name: Rodney W. Jones, Jr
Its: CFO

Sworn to me this __ day of
June 2026.

_____ See Attached
Notary Public

2

**CALIFORNIA JURAT**                                    GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Diego_

Subscribed and sworn to (or affirmed) before me on

this __2__ day of __June__, 20_26_, by
    *Date*      *Month*      *Year*

(1) _Rodney W. Jones Jr._

(and (2) _____ ),
           *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

TAMMIE COPHER
Notary Public - California
San Diego County
Commission # 2465869
My Comm. Expires Nov 2, 2027

*Place Notary Seal and/or Stamp Above*

Signature _Tammie Copher_
        *Signature of Notary Public*

――――――――――――― **OPTIONAL** ―――――――――――――

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association