

Writer's Direct Dial:  (516) 663-6638
Writer's Direct Fax:  (516) 663-6838
Writer's E-Mail:  jloftin@rmfpc.com

July 2, 2026

***Via Electronic Filing***
Honorable Louis A. Scarcella
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
Alphonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

**Re:     Lawrence Feigen**
**Involuntary Chapter 7**
**Case No. 26-70977 (LAS)**

Dear Judge Scarcella:

This firm is counsel to alleged debtor, Lawrence Feigen, in the involuntary chapter 7 bankruptcy proceeding pending in the United States Bankruptcy Court for the Eastern District of New York ("Court").

This letter shall confirm the adjournment, on consent of the petitioning creditors, of the evidentiary hearing on Mr. Feigen's motion to dismiss and related pleadings currently scheduled for Wednesday, July 8, 2026, at 10:00 a.m. to Wednesday August 26, 2026, at 10:00 a.m. The appearance at the evidentiary hearing will be in person.

In advance of the evidentiary hearing, Mr. Feigen and the petitioning creditors must submit a proposed scheduling Order for the Court's consideration that sets forth all the necessary deadlines related to the hearing.

Thank you for your attention to this matter.

Respectfully submitted,

*s/ Jacqulyn S. Loftin*
Jacqulyn S. Loftin

cc:  Lawrence Feigen & Gary Varnavides, Esq. (via email)
     Miriam Granek (via email)

RUSKINMOSCOUFALTISCHEK

1425 RXR Plaza, Uniondale, NY 11556       100 Motor Parkway, Suite 415, Hauppauge, NY 11788
516.663.6600 ▼ F 516.663.6601                 631.963.9930 ▼ F 631.415.1000
www.rmfpc.com